AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
U.S. District Court
District of Kansas

NOV 7 2018

Clerk, U.S. District Court
By_____ Deputy Clerk

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The premises of 612 Arlington Drive, Liberal, Kansas, further described on Attachment A.

Case No. 18-6193-01-GEB

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The premises of 612 Arlington Drive, Liberal, Kansas, further described on Attachment A.

located in the _____ District of ____Kansas____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (Items to be Seized).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1542, 1028A, 1001 | False Statement in Application for Passport; Aggravated Identity Theft; False Statements |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Christopher R. Kopeck, Special Agent, US Dept of State
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/7/18

_____
Judge's signature

City and state: Wichita, Kansas

Honorable Gwynne E. Birzer, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## SEARCH AND SEIZURE WARRANT

I, Christopher R. Kopeck, being duly sworn under oath, depose and say:

1. I am a Special Agent (SA) with the United States Department of State, Diplomatic Security Service (DSS) assigned to the Saint Louis Resident Office. DSS Special Agents are empowered under 22 U.S.C. §2709 to investigate passport fraud, as well as apply for and serve federal arrest and search warrants.

2. I have a Bachelor's degree from the United States Merchant Marine Academy and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since April, 2002, and continue to receive training in the laws, rules, and regulations concerning passports and other forms of official identification. I have investigated and arrested numerous individuals for their participation in passport fraud and document fraud-related activities. Based upon my training, experience, and information related to me by other law enforcement personnel who specialize in the investigation of identity theft crimes, I have learned that it is common practice for individuals involved in passport fraud and identity theft to store identification documents and other evidence of those crimes at their residences, just as law abiding people do. Such individuals also acquire amounts of money representing the proceeds of these offenses, they employ certain methods or engage in particular types of financial transactions designed to conceal the source of this income and their connection to it. For instance, I am aware that individuals involved in identity fraud offenses commonly (1) place assets in the names of other individuals; (2) establish what appear to be legitimate businesses to operate as fronts to conceal the

source of their income; (3) utilize safety deposit boxes or self-storage facilities to hide assets and cash; and (4) conduct financial transactions online and in other names so as to avoid various reporting requirements. I am also aware that individuals involved in identity fraud offenses commonly keep information on personal computers and electronic data storage devices involving their illegal activities.

3. This affidavit is submitted for the purpose of establishing probable cause in support of issuing a search warrant for the residence of Armando VAZQUEZ RENTERIA, a/k/a Michael VIESCA, located at 612 Arlington Drive, Liberal, KS (the "SUBJECT PREMISES") as described in Attachment "A" for evidence of violations of Title 18 U.S. Code §1542 (Willfully and knowingly making false statements in an application for a passport), Title 18 U.S. Code §1028A (Aggravated identity theft), 18 U.S. Code § 1001 (false statements).

4. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested search warrant and does not purport to set forth all of my knowledge of the investigation into this matter.

5. The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. §211(a), authorizes the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. One of these rules is that a person seeking a United States passport must complete and submit an application to the State Department and must submit proof of U.S.

Citizenship (typically a birth certificate), and proof of identity (such as a driver's license) with their application. Another rule allows officers at certain United States Post Offices to accept passport applications and forward them to the State Department for processing.

6. On February 19, 2011, an application for a renewal of a U.S. passport by mail (form DS-82) was executed by a person claiming to be Michael VIESCA; DPOB: 01/23/1985, San Antonio, TX; SSN: 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. As proof of citizenship and identity, subject mailed in an expired passport, #133667532, issued 2/16/2001, in the same name with the same person pictured. As a result, passport card, #C04203194 was issued to subject.

7. On November 28, 2017, the aforementioned DS-82 was referred to the National Passport Center (NPC) Fraud Prevention Manager (FPM) as a result of a post-issuance fraud review based upon Subject's shared address history in ACRQ with a confirmed imposter (P.O. Box 497, Liberal, KS, application #236344902).

8. Other fraud indicators on the post-issuance fraud review included unexplainable foreign influence in handwriting with two U.S. born parents; letter and number formation; location of a two additional persons using this identity on Facebook whose photos do not match the current DS-82 applicant;

9. On or about May 14, 2018, your affiant met with Liberal Police Officer/Chaplain Bill Prater, who confirmed that he knows the person in the DS-82 as Armando VAZQUEZ, as he used to attend the church at which he preaches.

10. On or about May 14, 2018, your affiant and other Diplomatic Security (DS) agents conducted surveillance at 612 Arlington Drive. Two DS agents observed the subject depart the residence and later arrive the same location.

11. On or about August 21, 2018, your affiant reviewed the subject's alien registration file (A-file) with Sarah Bowser with Citizenship and Immigration Services (CIS). Subject has an alien number (A#) of 070542096. Photos of the subject in his alien file match those on the passport application listed.

A. PREMISES TO BE SEARCHED

12. The premises to be searched is 612 Arlington Drive, Liberal, Kansas (the "SUBJECT PREMISES"). The SUBJECT PREMISES is a single family 1 story mobile home. The mobile home is light blue with a white foundation and a roof. The SUBJECT PREMISES has a detached shed within a fenced yard, which is included in this request. The façade appears to be constructed of wood. The fence around the yard is both white paint and unpainted wood. It encompasses the entire property with the exception of the driveway.

B. THE ITEMS TO BE SEIZED

13. From my knowledge and experience in conducting investigations of passport fraud and identity theft, I have found that people who commit passport fraud via the use of an assumed identity keep fraudulently obtained documents used in connection with their passports and financial documents under assumed or false identities in their homes, safes, filing cabinets, as well as in other areas of their homes, in their garages and vehicles, and in self-storage facilities.

14. I also know from my training and experience that persons who are attempting to commit passport fraud, social security fraud, mail fraud, and identity theft routinely utilize computers and electronic data storage devices to facilitate their crimes. Computers are often used to search for victims, research methods, and create and store evidence of the commission of their crimes. I know that computer hardware, software, and electronic files may be important to a criminal investigation in two distinct ways: (1) the objects themselves may be contraband, evidence, instrumentalities, or fruits of crime, and /or (2) the objects may be used as storage devices that contain contraband, evidence, instrumentalities, or fruits of crime in the form of electronic data. Rule 41 of the Federal Rules of Criminal Procedure permits the Government to search for and seize computer hardware, software, and electronic files that are evidence of crime, contraband, instrumentalities of crime, and/or fruits of crime. In this case, the Government respectfully requests permission to search and seize electronic files, images of both fraudulent and authentic official documents, log files, and internet search histories, including those that may be stored on computer. These electronic files constitute both evidence of crime and contraband. The Government also requests permission to seize hardware that may contain these electronic files if it becomes necessary for reasons of practicality to remove the hardware and conduct a search off-site. I believe that, in this case, the computer hardware is a container for evidence, a container for contraband, and also itself an instrumentality of crimes under investigation.

15. As described above and in Attachment B hereto, this application seeks permission to search and seize records that might be found on the PREMISES, in whatever form they are found. One form in which the records might be found is stored on a computer's hard drive or other storage

5

media. Some of these electronic records might take the form of files, documents, and other data that is user-generated. Some of these electronic records, as explained below, might take a form that becomes meaningful only upon forensic analysis.

C.   CONCLUSION

16.   I believe based on a review of the above described facts and my training and experience that Armando VAZQUEZ RETERIA obtained a United States passport in the name of Michael VIESCA, which he used to obtain another authentic, but fraudulently obtained, U.S. passport in the name of Michael VIESCA, in violation of Title 18 U.S. Code §1542 (Willfully and knowingly making false statements in an application for a passport), Title 18 U.S. Code §1028A (Aggravated identity theft), 18 U.S. Code § 1001 (false statements). As such, I respectfully request a search warrant for the aforementioned PREMISES of Armando VAZQUEZ RENTERIA.

Christopher R. Kopeck
Special Agent
Diplomatic Security Service

SUBSCRIBED and SWORN TO before me on the 7th day of November 2018.

HONORABLE GWYNNE E. BIRZER
United States Magistrate Judge
District of Kansas

## Attachment A
## Description of Property

The premises to be searched is 612 Arlington Drive, Liberal, Kansas (the "SUBJECT PREMISES"). The SUBJECT PREMISES is a single family 1 story mobile home. The mobile home is light blue with a white foundation and a roof. The SUBJECT PREMISES has a detached shed within a fenced yard, which is included in this request. The façade appears to be constructed of wood. The fence around the yard is both white paint and unpainted wood. It encompasses the entire property with the exception of the driveway.

## Attachment B
## 612 Arlington Drive, Liberal, KS

1.  Any and all documents bearing the name Michael Viesca, and/or related to any documents bearing the name Michael Viesca;

2.  Any passport in the name of Michael Viesca with supporting documents, or documents related to the application process for a passport in the name of Michael Viesca, no matter when the application occurred;

3.  Indicia of ownership and/or occupancy of the premises located at 612 Arlington Drive, Liberal, Kansas;

4.  Computers and other electronic storage devices including but not limited to the computer/device hardware, software and electronic files which will be searched for (i) any and all documents/files/data bearing the name Michael Viesca, and/or related to any documents/files/data bearing the name Michael Viesca; (ii) photograph(s) and/or documents/files/data of a passport in the name of Michael Viesca, supporting documents for such passport, as well as any information related to the application process for a passport in the name of Michael Viesca, no matter when the application occurred; (iii) indicia of ownership and/or occupancy of the premises located at 612 Arlington Drive, Liberal, Kansas, and the device being seized and searched.